UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORA KNOWELL-JONES, | No. C-14-1715 EMC |
| Plaintiff, | |
| v. | **ORDER REVOKING PLAINTIFFS' IFP STATUS** |
| SILVIO R. BELINI, JR., *et al.*, | |
| Defendants. | |

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeal is frivolous and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

IT IS SO ORDERED.

Dated: October 3, 2014

_____
EDWARD M. CHEN
United States District Judge